UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **SHANE JEFFERSON BEGLEY,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**DENVER TYREE, ET AL.,**<br>    **Defendants.** | **CIVIL ACTION NO. 6:14-191-KKC**<br><br>**OPINION AND ORDER** |

This matter is before the Court on several motions filed by the plaintiff. As stated by the Court in an opinion dismissing this action, the plaintiff Shane Jefferson Begley alleges that, while he was a pretrial detainee at the Laurel County Detention Center, jail personnel used excessive force in stopping an altercation between Begley and another inmate. He also alleges that, after the altercation, jail personnel and medical providers employed by the jail were deliberately indifferent to his medical needs.

By order and judgment dated November 30, 2016, the Court dismissed all of Begley's claims. Begley filed a Notice of Appeal on December 27, 2016. "It is well settled that the filing of a notice of appeal transfers jurisdiction over the merits of the appeal to the appellate court." *Workman v. Tate*, 958 F.2d 164, 167 (6th Cir. 1992). Because Begley has filed a Notice of Appeal, this Court has no jurisdiction to amend the decision at issue. See *Raum v. Norwood*, 93 F. App'x 693, 695 (6th Cir. 2004).

Accordingly, the Court hereby ORDERS that Begley's motion to reconsider (DE 111) is DENIED. The Court further ORDERS that Begley's motions relating to handling of his mail by the Bureau of Prisons (DE 112) and relating to access to certain legal resources (DE 113) are DENIED as moot. The Court has dismissed this action. Both motions appear to be aimed at

aiding Begley in the filing of further documents before this Court. The United States Court of Appeals for the Sixth Circuit now has jurisdiction over Begley's claims.

Dated April 17, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY